AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
September 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Myrna Gallegos_
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Fernando SALCEDO-Zazueta<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  **EP-25-MJ-5248-ATB**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  _1/27/2025 - 8/11/2025_  in the county of  _El Paso_  in the _Western_ District of _Texas_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(5) | Alien in possession of ammunition |

This criminal complaint is based on these facts:

See Attached Affidavit Which is Hereby Incorporated by Reference

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Dolan, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _09/19/2025_

*Judge's signature*

City and state:  _El Paso, TX_

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

Complaint sworn to telephonically on _September 19, 2025_ at _01:04 PM_ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Joshua Dolan, first being duly sworn, does hereby depose and state as follows:

1. On or about September 11, 2025, a Federal Firearms Licensee (FFL) located in Dallas, TX notified Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) about suspicious ammunition purchases made by Fernando SALCEDO-Zazueta.

2. The FFL advised that between January 27, 2025, and August 11, 2025, SALCEDO ordered approximately 905,400 rounds of multi-caliber ammunition that was shipped to 500 N Oregon St. 2nd floor, El Paso, TX 79901 under the name of "Fernando Salcedo".

3. The FFL advised that on September 10, 2025, SALCEDO created an order for approximately 100,000 rounds of 7.62 caliber ammunition that is going to be shipped to 500 N Oregon St. 2nd floor, El Paso, TX 79901, when the money transfers to the FFL.

4. Law enforcement records show SALCEDO is a Mexican citizen with a B1/B2 visa and does not have an active hunting license.

5. On or about September 18, 2025, Customs and Border Protection (CBP) notified ATF that SALCEDO crossed into the United States from Mexico via the Paso Del Norte (PDN) Port of Entry (POE).

6. On the same date, ATF agents conducted a custodial interview with SALCEDO.

7. SALCEDO was read his Miranda rights and agreed to speak with agents. During the interview, SALCEDO advised that SALCEDO has a B1/B2 non-immigrant visa and was aware of his immigration status. SALCEDO advised that SALCEDO is the owner of Tactical Training Inc. located on Oregon St. in El Paso, TX.

8. SALCEDO admitted that within the past three months, SALCEDO has ordered approximately 200,000 rounds of ammunition to Tactical Training Inc. located on Oregon St. in El Paso, TX. SALCEDO advised that SALCEDO would pick up the ammunition and take it to a desert area in El Paso, TX in order to sell the ammunition.

9. On the same date, your affiant reviewed an invoice dated July 9, 2025, for 10,000 rounds of Winchester 7.62 caliber ammunition purchased and shipped to "Fernando Salcedo, TACTICAL TRAINING INC" located at 500 N Oregon St. 2nd floor, El Paso, TX 79901.

10. An ATF interstate nexus expert advised your affiant that Winchester ammunition is manufactured outside of the state of Texas, therefore affecting interstate commerce.

11. Based on the aforementioned facts and circumstances, your affiant believes probable cause exists that Fernando SALCEDO-Zazueta, being an alien, was in possession of

ammunition, in violation of Title 18, United States Code, Section 922(g)(5). This affidavit is submitted for the purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning the investigation.

_____

ATF Special Agent Joshua Dolan